HOLLY S. PARKER (SBN 10181)
RYAN LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
T: (775) 322-1170
Attorneys for *Defendant Highland Ranch Homeowners Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH HIGHLAND RANCH HOMEOWNERS ASSOCIATION SHALL HAVE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 ("Deutsche Bank") and Defendant Highland Ranch Homeowners Association ("Highland Ranch"), by and through their undersigned counsel, stipulate as follows:

Deutsche Bank filed a Second Amended Complaint on July 18, 2018, therein naming Highland Ranch as a party and defendant in this matter. (ECF No. 59.) Deutsche Bank subsequently served Highland Ranch with the Summons and Second Amended Complaint through its registered agent on September 26, 2018. The current deadline for Highland Ranch to answer or otherwise respond to the Second Amend Complaint is October 17, 2018.

Highland Ranch requests an additional 14 calendar days, up to and including October 31, 2018, within which to answer or otherwise respond to the Second Amended Complaint.

Highland Ranch requests this additional time so that it may more thoroughly investigate the allegations within the Second Amend Complaint and other pleadings on file and research the current law bearing on those allegations. The Court has not granted any previous extensions.

**IT IS SO STIPULATED.**

Dated this 12th day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP

By /s/ Lindsay Robbins
CHRISTOPHER A.J. SWIFT (SBN 11291)
LINDSAY D. ROBBINS (SBN 13474)
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Attorneys for Plaintiff Deutsche Bank
National Trust Company, as Trustee for
Morgan Stanley ABS Capital I Inc.
Trust 2007-NC1 Mortgage Pass-Through
Certificates, Series 2007-NC1

Dated this 12th day of October, 2018.

LAXALT & NOMURA, LTD.

By
HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Attorneys for Defendant
Highland Ranch Homeowners
Association

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2018