# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**(First Request)**<br><br>**AND ORDER THEREON** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank" or "Plaintiff"), and Defendant, Highland Ranch Homeowners Association (hereinafter "HOA"), (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. HOA filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on

October 31, 2018 [ECF No. 66] (hereinafter "Motion"). In order to provide Deutsche Bank sufficient time to adequately prepare its response, the Parties stipulate and agree to extend the deadline for Deutsche Bank to file its response from November 21, 2018 to December 21, 2018.

This is Deutsche Bank's first request for an extension of this deadline and is not made to cause delay or prejudice to any party.

**IT IS HEREBY STIPULATED** that Plaintiff has up to and including December 21, 2018, to file its response to the HOA's Motion.

| | |
|---|---|
| DATED this 16th day of November, 2018. | DATED this 16th day of November, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | LAXALT & NOMURA, LTD. |
| /s/ Lindsay D. Robbins, Esq. | /s/ Ryan Leary, Esq. |
| Lindsay D. Robbins, Esq. | Ryan Leary, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 11630 |
| *Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC* | *Attorney for Highland Ranch Homeowners Association* |

## **ORDER**

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 26th day of November 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE