# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**(Second Request)**<br><br>**AND ORDER THEREON** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank" or "Plaintiff"), and Defendant, Highland Ranch Homeowners Association (hereinafter "HOA"), (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. HOA filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on

October 31, 2018 [ECF No. 66] (hereinafter "Motion"). The Parties are currently engaged in preliminary settlement negotiations and in an effort to avoid unnecessary litigation expenses and to conserve judicial resources, the Parties stipulate and agree to extend the deadline for Deutsche Bank to file its response from December 21, 2018 to January 21, 2018.

This is Deutsche Bank's second request for an extension of this deadline and is not made to cause delay or prejudice to any party.

**IT IS HEREBY STIPULATED** that Plaintiff has up to and including January 21, 2018, to file its response to the HOA's Motion.

DATED this ____ day of December, 2018.

WRIGHT, FINLAY & ZAK, LLP

  /s/ Lindsay D. Robbins, Esq.
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
*Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC*

DATED this ____ day of December, 2018.

LAXALT & NOMURA, LTD.

  /s/ Ryan Leary, Esq.
Ryan Leary, Esq.
Nevada Bar No. 11630
*Attorney for Highland Ranch Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this 21st day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE