# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**AND ORDERE THEREON**<br><br>**(Third Request)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank" or "Plaintiff"), and Defendant, Highland Ranch Homeowners Association (hereinafter "HOA"), (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. HOA filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on

1. October 31, 2018 [ECF No. 66] (hereinafter "Motion"). Deutsche Bank currently has a deadline of Monday, January 21, 2018 to respond to HOA's Motion. The Parties request a brief, two-week extension to the deadline for Deutsche Bank to respond to the HOA's Motion as counsel for Deutsche Bank was not aware that the current deadline of January 21, 2018 falls on a federal holiday and counsel for HOA will be out of town on the date its Reply would be due based on the current briefing schedule. Additionally, the Parties are currently engaged in preliminary settlement negotiations and in an effort to avoid unnecessary litigation expenses and to conserve judicial resources, the Parties stipulate and agree to extend the deadline for Deutsche Bank to file its response from January 21, 2019 to February 4, 2019.

This is the Parties' third request for an extension of this deadline and is not made to cause delay or prejudice to any party.

**IT IS HEREBY STIPULATED** that Deutsche Bank has up to and including February 4, 2019, to file its response to the HOA's Motion.

DATED this 18th day of January, 2019.

WRIGHT, FINLAY & ZAK, LLP

 _/s/ Lindsay D. Robbins, Esq._____
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
*Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC*

DATED this 18th day of January, 2019.

LAXALT & NOMURA, LTD.

 */s/ Ryan Leary, Esq._____*
Ryan Leary, Esq.
Nevada Bar No. 11630
*Attorney for Highland Ranch Homeowners Association*

**ORDER**

**IT IS SO ORDERED,** *nunc pro tunc***.**

DATED this 22nd day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE