# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**ORDER REGARDING: STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br>**(Fourth Request)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank" or "Plaintiff"), and Defendant, Highland Ranch Homeowners Association (hereinafter "HOA"), (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. HOA filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on

October 31, 2018 [ECF No. 66] (hereinafter "Motion"). Deutsche Bank currently has a deadline of Monday, February 4, 2019 to respond to HOA's Motion. However, the Parties are currently engaged in discussions, which if successful would resolve the issues presented in the instant Motion. Counsel requests additional time to discuss the proposal with their clients prior to entering into the proposed resolution. In an effort to avoid unnecessary litigation expenses and to conserve judicial resources, the Parties stipulate and agree to extend the deadline for Deutsche Bank to file its response from February 4, 2019 to March 4, 2019.

This is the Parties' fourth request for an extension of this deadline and is not made to cause delay or prejudice to any party.

**IT IS HEREBY STIPULATED** that Deutsche Bank has up to and including MARCH 4, 2019, to file its response to the HOA's Motion.

| | |
|---|---|
| DATED this 4th day of February, 2019. | DATED this 4th day of February, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | LAXALT & NOMURA, LTD. |
| __/s/ Lindsay D. Robbins, Esq.__ | __/s/ Ryan Leary, Esq.__ |
| Lindsay D. Robbins, Esq. | Ryan Leary, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 11630 |
| *Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC* | *Attorney for Highland Ranch Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 6th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE