**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66]**<br><br>**(Fifth Request)**<br><br>**AND ORDER THEREON** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank" or "Plaintiff"), and Defendant, Highland Ranch Homeowners Association (hereinafter "HOA"), (collectively, the "Parties"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. HOA filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on

October 31, 2018 [ECF No. 66] (hereinafter "Motion"). Deutsche Bank currently has a deadline of, March 4, 2019 to respond to HOA's Motion. However, the Parties are currently engaged in discussions, which if successful would resolve the issues presented in the instant Motion. Counsel for Deutsche Bank requests additional time to discuss the proposal with its client, whom has been away at trial, prior to entering into the proposed resolution. While the Parties have requested multiple extensions to this deadline, the Parties only recently began discussions which would resolve the issues in the instant Motion. The request it is not intended to delay the Court and is made in an effort to avoid unnecessary litigation expenses and to conserve judicial resources. As such, the Parties stipulate and agree to a brief extension for Deutsche Bank to file its response from March 4, 2019 to March 18, 2019.

This is the Parties' fifth request for an extension of this deadline and is not made to cause delay or prejudice to any party.

**IT IS HEREBY STIPULATED** that Deutsche Bank has up to and including March 18, 2019, to file its response to the HOA's Motion.

| | |
|---|---|
| DATED this 4th day of March, 2019. | DATED this 4th day of March, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | LAXALT & NOMURA, LTD. |
| /s/ Lindsay D. Robbins, Esq. | /s/ Ryan Leary, Esq. |
| Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>*Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC* | Ryan Leary, Esq.<br>Nevada Bar No. 11630<br>*Attorney for Highland Ranch Homeowners Association* |

## **ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 7th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE