# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO WITHDRAW HIGHLAND RANCH HOMEOWNERS ASSOCIATION'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [ECF NO. 66] AND FOR DEUTSCHE BANK TO FILE ITS THIRD AMENDED COMPLAINT**<br><br>**AND ORDER THEREON** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 (hereinafter "Deutsche Bank"), Defendant Airmotive Investments, LLC ("Airmotive"), and Defendant Highland Ranch Homeowners Association ("Highland Ranch") (collectively referred to as "The Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Deutsche Bank filed its Second Amended Complaint on July 18, 2018 [ECF No. 59]. Highland Ranch filed its Motion for Partial Dismissal or, in the alternative, Partial Summary Judgment on October 31, 2018 [ECF No. 66] (hereinafter "Motion"). The Parties have reached a resolution of the issues brought forth in Highland Ranch's Motion wherein Highland Ranch agrees to withdraw its Motion and in exchange, Deutsche Bank will file an amended pleading consistent with the terms agreed upon by the Parties. Pursuant to the agreement, Deutsche Bank will file its amended pleading on or before April 18, 2019. Airmotive and Highland Ranch's respective responses will thereafter be due on or before May 8th. After Airmotive and Highland Ranch submit their responses to Deutsche Bank's Amended Complaint, the Parties will hold a supplemental conference pursuant to Fed. Rule Civ. Pro. 26(f) and submit an Amended Discovery Plan and Scheduling Order with the Court.

**IT IS HEREBY STIPULATED** that Highland Ranch withdraws its Motion for Partial Dismissal or in the alternative, Partial Summary Judgment [ECF No. 66].

**IT IS HEREBY STIPULATED** that Deutsche Bank will file its Third Amended Complaint on or before April 18, 2019 [ECF No. 66].

**IT IS HEREBY STIPULATED** that Airmotive and Highland Ranch will file their responses to Deutsche Bank's Third Amended Complaint on or before May 8, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED** that the Parties will hold a supplemental conference pursuant to F.R.C.P. 26(f) and file their Amended Discovery Plan and Scheduling Order within 30 days of the last answering Defendant.

Dated this 20th day of March 2019.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAXALT & NOMURA, LTD. |
| /s/ Lindsay D. Robbins, Esq. | /s/ Ryan Leary Esq. |
| Lindsay D. Robbins, Esq. | Ryan Leary, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 11630 |
| 7785 W. Sahara Ave., Suite 200 | Holly S. Parker, Esq. |
| Las Vegas, NV 8911 | Nevada Bar No. 10181 |
| *Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1* | 9790 Gateway Drive- Suite 200 Reno, Nevada 89521 *Attorney for Highland Ranch Homeowners Association* |

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ Timothy E. Rhoda, Esq.
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendant, Airmotive Investments, LLC*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 21st day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE