| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Christopher A.J. Swift, Esq.<br>Nevada Bar No. 11291<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>lrobbins@wrightlegal.net<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION TO EXEND TIME FOR DEUTSCHE BANK TO FILE ITS THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 (hereinafter "Deutsche Bank"), Defendant Airmotive Investments, LLC ("Airmotive"), and Defendant Highland Ranch Homeowners Association ("Highland Ranch") (collectively referred to as "The Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1

The Parties filed a Stipulation to Withdraw Highland Ranch Homeowners Association's Motion for Partial Dismissal, or in the Alternative, Partial Summary Judgement [ECF No. 66] and for Deutsche Bank to File its Third Amended Complaint on March 20, 2019 [ECF No. 82]. This Court filed its Order Granting the Stipulation to Withdraw Highland Ranch Homeowners Association's Motion for Partial Dismissal, or in the Alternative, Partial Summary Judgement and for Deutsche Bank to File its Third Amended Complaint on March 21, 2019, which set the deadline for Deutsche Bank to file it's Third Amended Complaint on or before April 18, 2019 [ECF No. 83].

After filing the Stipulation, the Parties entered into settlement negotiations which would resolve the instant litigation in its entirety in the event an agreement is reached. In order to avoid unnecessary litigation expenses while the Parties discuss settlement, Deutsche Bank is requesting an additional thirty (30) days, up to May 20, 2019, to file it's Third Amended Complaint. This extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Deutsche Bank to file its Third Amended Complaint shall be extended to May 20, 2019.

| Dated this 18th day of April 2019. | Dated this 18th day of April 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAXALT & NOMURA, LTD. |
| */s/ Lindsay D. Robbins* | */s/ Ryan Leary* |
| Lindsay D. Robbins, Esq. | Ryan Leary, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 11630 |
| 7785 W. Sahara Ave., Suite 200 | Holly S. Parker, Esq. |
| Las Vegas, NV 8911 | Nevada Bar No. 10181 |
| *Attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1* | 9790 Gateway Drive- Suite 200<br>Reno, Nevada 89521<br>*Attorney for Highland Ranch Homeowners Association* |

Dated this 18th day of April 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ Timothy E. Rhoda
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendant, Airmotive Investments, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this 19th day of April 2019.

_____
UNITED STATES DISTRICT COURT JUDGE