**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1, a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>AIRMOTIVE INVESTMENTS, LLC, a Nevada Limited Liability Company, HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 3:15-cv-00401-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1 Mortgage Pass-through Certificates, Series 2007-NC1 ("Deutsche Bank"), Defendant Airmotive Investments, LLC ("Airmotive"), and Defendant Highland Ranch Homeowners Association ("Highland Ranch") (collectively referred to as "Parties"), by and through undersigned and respective counsel of record, hereby stipulate

that, pursuant to settlement amongst the Parties, all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

Dated this 29th day of April 2020.  Dated this 29th day of April 2020.

WRIGHT, FINLAY & ZAK, LLP  LAXALT & NOMURA, LTD.

*/s/ Lindsay D. Robbins*  */s/ Ryan Leary*
Lindsay D. Robbins, Esq.  Ryan Leary, Esq.
Nevada Bar No. 13474  Nevada Bar No. 11630
7785 W. Sahara Ave., Suite 200  Holly S. Parker, Esq.
Las Vegas, NV 8911  Nevada Bar No. 10181
*Attorneys for Deutsche Bank National Trust*  9790 Gateway Drive- Suite 200
*Company, as trustee for Morgan Stanley*  Reno, Nevada 89521
*ABS Capital I Inc. Trust 2007-NC1*  *Attorney for Highland Ranch Homeowners*
*Mortgage Pass-through Certificates, Series*  *Association*
*2007-NC1*

Dated this 29th day of April 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD

*/s/ Timothy E. Rhoda*
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendant, Airmotive Investments, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this 30th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2